UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE MOBILIO, on behalf of
herself and all others similarly
situated,

               Plaintiff,

vs.                           Case No.   2:10-cv-495-FtM-29DNF

CABLENET SERVICES UNLIMITED, INC., a
Delaware Corporation, CABLENET
SERVICES UNLIMITED (FLORIDA) LLC., a
foreign limited liability company,

               Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #43), filed March 21, 2011, recommending that the Motion for Approval of Settlement and for an Award of Attorney's Fees and Costs (Doc. #34) be granted in part and denied in part, and the other motions be denied as moot. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge, and approves the settlement as fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #43) is hereby **adopted** and the findings incorporated herein.

2.  Plaintiff's Motion for Approval of Settlement and For An Award of Attorney's Fees and Costs (Doc. #34) is **GRANTED IN PART AND DENIED IN PART** as follows:

A.  The settlement of $1,802.80 for back wages and liquidated damages is **approved** as fair and reasonable; and

B.  The request for attorney's fees and costs is granted to the extent that plaintiff is awarded $3,767.50 in attorney's fees and $350.00 in costs for a total of $4,117.50.

3.   The Clerk shall enter judgment dismissing the case with prejudice, except as otherwise provided by settlement, terminate all pending motions as moot (Docs. ## 16, 32, 37, 38) and deadlines and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of April, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties